NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000934
29-DEC-2016
09:38 AM

NO. CAAP-15-0000934

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

EDELMIRA SALAYES-ARAIZA,
Petitioner-Appellant,
v.
STATE OF HAWAI'I,
Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(S.P.P. NO. 15-1-0007(1) (CR. NO. 14-1-0162(1)))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion of the court, filed on November 28, 2016, is hereby corrected as follows:

1. On page 8, in the eleventh line, a closing bracket should be inserted after the word "defendant's" so that as corrected, the text reads: ". . . for [a defendant's] conviction[,]" and . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, December 29, 2016.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Foley and Fujise, JJ.